Rel: September 12, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0007

Laura Givens and Turning Point Legal, P.C. v. Norma M. Wells, Rachel D. Syx, and Avvocatessa, LLC, d/b/a Journey Law Firm (Appeal from Marshall Circuit Court: CV-23-900200).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Cook, and Lewis, JJ., concur.